**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Marvin ABRAMS, Respondent.**

**No. 665 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 25, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of July, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 30, 2002, it is hereby

ORDERED that MARVIN ABRAMS, be and he is SUSPENDED from the Bar of this Commonwealth for one (1) year, retroactive to July 28, 2001, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner.**

v.

**Tony Santo SANGIAMO, Respondent.**

**No. 652 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 25, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of July, 2002, upon consideration of the Report and Rec-ommendations of the Disciplinary Board dated May 31, 2002, it is hereby

ORDERED that TONY SANTO SAN-GIAMO, be and he is SUSPENDED from the Bar of this Commonwealth for 20 months, retroactive to March 12, 2001, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.